# Court of Appeals
# of the State of Georgia

ATLANTA, May 19, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0196. SZILAGYI et al. v. VARGAS.

Michael Stephen Szilagyi and Kathleen B. Connell ("applicants") have filed an emergency motion for an extension of time to submit an application for discretionary appeal in this matter. The emergency motion is hereby GRANTED. See Court of Appeals Rule 16(c), 31(h). Applicants shall file their discretionary application no later than June 19, 2026.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/19/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*